# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2453
Lower Tribunal No. 20-12046 CC

_____

**Maeguerita Quire**,
Appellant,

vs.

**Kharine H. Augustin**,
Appellee.

An appeal from the County Court for Miami-Dade County, Chiaka Ihekwaba, Judge.

Maeguerita Quire, in proper person.

Kahn & Resnik, P.L., and Howard N. Kahn (Fort Lauderdale), for appellee.

Before EMAS, SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979).